FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
4:13 pm, Jun 01 2021
CLERK'S OFFICE
AT BALTIMORE
BY KN, DEPUTY CLERK

KOG//2021R00315

HEE 5/27/21

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : CRIMINAL NO. CCB 21-cr-194 |
| **ALAMBI WALTERS MUMA,** | : (Conspiracy, 18 U.S.C. § 371) |
| **Defendant** | : |

...oooOooo...

## INFORMATION

The United States Attorney for the District of Maryland charges:

## COUNT ONE

(Conspiracy)

1.  Beginning in or before November, 2017, and continuing until at least July 19, 2019, in the District of Maryland and elsewhere, the defendant

**ALAMBI WALTERS MUMA**

did knowingly and willfully combine, conspire, confederate, and agree with others, known and unknown to the United States Attorney for the District of Maryland, to commit certain offenses against the United States, that is:

a.  to knowingly and willfully export and attempt to export from the United States to Nigeria ammunition, firearms, and various other items, which were defense articles listed on the United States Munitions List, without first obtaining the required license or written approval

1

from the State Department, in violation of 22 U.S.C. § 2778(b)(the Arms Export Control Act ("AECA"));

    b.    to knowingly and willfully export and attempt to export ammunition, firearms and various other items from the United States to Nigeria, in violation of 50 U.S.C. §§ 4801 *et seq.* (the Export Control Reform Act of 2018 ("ECRA");

    c.    to knowingly and willfully export and attempt to export ammunition, firearms and various other items from the United States, in violation of 50 U.S.C. §§ 1701-1707 (the International Emergency Powers Act ("IEEPA"));

    d.    to fraudulently and knowingly export or send from the United States, or attempt to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, in violation of 18 U.S.C. § 554 (smuggling);

    e.    to knowingly file and cause the filing of false electronic export information, in violation of 13 U.S.C. § 305;

    f.    to engage in the business of importing, manufacturing and dealing in firearms without a license and in the course of such business ship, transport and receive firearms in interstate and foreign commerce, in violation of 18 U.S.C. §922(a)(1);

    f.    to deliver to a common carrier for transport in foreign commerce items that contained firearms and ammunition without providing written notice to the carrier, in violation of 18 U.S.C. §922(e), and

    g.    to transport and cause to be transported in foreign commerce firearms with obliterated serial numbers, in violation of 18 U.S.C. §922(k).

Object of the Conspiracy

2. It was the object of the conspiracy that **MUMA** and his co-conspirators would obtain defense articles, such as firearms and ammunition, and other items with military applications, such as desert boots and water packs, in the United States, conceal them in overseas shipping containers in order to secretly export the items to Nigeria without obtaining a license or disclosing the true contents of the shipments to the overseas carrier or to United States government authorities, and to evade or violate the regulations, prohibitions, and licensing requirements of the AECA, ECRA, and IEEPA.

Overt Acts

3. In furtherance of the conspiracy and to affect the objects thereof, at least one of the co-conspirators committed and caused to be committed, in the District of Maryland and elsewhere, at least one of the following overt acts:

a. In or about December, 2018, **MUMA** assisted in loading a shipping container with concealed firearms, ammunition and other military-type items.

b. On or about June 5, 2019, **MUMA** pledged to donate money towards the purchase of two handguns and four rifles.

c. On or about June 21, 2019, **MUMA** pledged to donate money towards the purchase of a firearm described by a co-conspirator as a "50 BMG single shot with scope."

18 U.S.C. § 371

**FORFEITURE**

The United States Attorney for the District of Maryland further charges that:

1. Upon conviction of the offense set forth in Count One of this Information, the defendant,

**ALAMBI WALTERS MUMA**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d), Title 18, United States Code, 981(a)(l), Title 22, United States Code, Section 401, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense, or which was involved in such offense or any property traceable to such property. The property to be forfeited includes, but is not limited to the items set forth on Exhibit 1, which is incorporated herein by reference.

2. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States

Code, Section 2461(c).

18 U.S.C. § 924(d)
18 U.S.C. § 981(a)(1)
21 U.S.C. § 853
22 U.S.C. § 401
28 U.S.C. § 2461(c)
Rule 32.2, F.R.Crim.P.

*Jonathan F. Lenzner/kog*
_____
Jonathan F. Lenzner
Acting United States Attorney

June 1, 2021
_____
Date

# EXHIBIT 1

**A. <u>Items Seized from Container No. GESU456254 on May 20, 2019</u>**

1. AMMUNITION: AMMUNITION, QTY: 2, MNF: LC (LAKE CITY), CAL: 556
2. FIREARM: RIFLE, MNF: COLT, TYPE: RIFLE, MODEL: M4, CAL: 223, SN: OBLITERATED, OBLITERATED: YES
3. FIREARM PARTS AND ACCESSORIES, (1) ONE MAGPRO AK-47 EXTENDED MAGAZINE FOUND WITH ITEMS 4-9
4. HORNADAY HANDHELD PRIMING TOOL
5. (2) TWO BOTTLES HODGDON COPPER FOULING ERASER
6. (3) THREE 500 COUNT BAGS OF 5.56 BULLETS (PROJECTILES)
7. 1 CASE CREEDMOOR UNPRIMED 5.56MM CASINGS FROM HORDNADY MANUFACTURING TO GRAF AND SONS PLUS PACKAGING
8. (1) BOX OF HORNADAY .223 UNPRIMED BRASS FROM DAMAGE INDUSTRIES TO PRECISION OUTFITTERS
9. HORNADAY POWDER DISPENSER
10. LEE PRECISION BREECH LOCK CHALLENGER PRESS #90588 PLUS PACKAGING
11. LEE PRECISION BREECH LOCK CHALLENGER PRESS #90588 PLUS PACKAGING
12. (8) BOTTLES SPECTRACIDE STUMP REMOVER 16OZ
13. 20 POUNG BAG OF GREENWAY BIOTECH SULFUR POWDER
14. (1) ONE BOX WITH UNPRIMED .223 CA CASINGS (LABEL SAYS 2000) AND 3 (THREE) BOXES OF CCI NO. 44 PRIMERS FOR 5.56 AMMO
15. (1) BOTTLE 8-POUND SMOKELESS POWDER
16. FIREARM PARTS AND ACCESSORIES, (4) NEW PMAG 5.56 MAGAZINES
17. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE
18. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE
19. FIREARM PARTS AND ACCESSORIES, (4) NEW PMAG 5.56 MAGAZINES
20. FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE

21. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE

22. RELOADING KIT TO INCLUDE RELOADING WORKBOOK, LEE AUTODRUM POWDER MEASURE, WINCESTER PRIMERS (1000), (2) BOXES CCI #400 (1000 PER BOX), LEE 4 WHOLE TURRENT PRESS

23. RELOADING KIT TO INCLUDE (2) TWO WINCESTER .308 FULL LENGTH DIE SET, LEE UNIVERSAL SHELL HOLDER (SH2069) AND RCBS 7.62 TOOL AND DIE SET

24. (5) FIVE 500 COUNT BAGS OF 5.56 BULLETS (PROJECTILES)

25. (5) FIVE 2 POUND JARS OF TANNERITE FROM TANNERITE..COM WITH PACKAGING

26. (2) ONE POUND CONTAINERS OF "BEAVER DAM BUSTER EXPLODING TARGET"

27. (40) FORTY PEPPER SPRAY CANISTERS

28. (1) BRASS KNUCKLE

29. 31 PAIRS OF BELLVILLE DESERT COLORED GORTEX MILITARY BOOTS STYLE 790

30. 17 CAMELBACK HYDRATION PACKS

31. (1) ONE BRINKS VEST

32. TRIP WIRE

33. DOOR BELLS

34. TRIP WIRE COMPONENTS

35. WOODLAND CAMOUFLAGE MILITARY FLAK VEST

36. TWO MACHETES WITH PACKAGING

37.  BLACK MOLLE TACTICAL VEST

38.  CAMOUFLAGE SUIT

39. 2 GAS MASKS

40. CAMOUFLAGE FACE PAINT AND PACKAGING

41. 4 GHILLIE SUITS

42. 7 CAMOUFLAGE HATS WITH LIGHTS

43. 782 MILITARY STYLE HARNESS

44. 1 PAIR OF RUBBER BOOTS

45. HAND SAW

46. CAMOUFLAGE DUVET COVER

47. CAMOUFLAGE BALACLAVA

48. 1 PACK ZIP TIES

49. CAMOUFLAGE HELMET (NOT KEVLAR)

50. 1 PAIR OF GOGGLES

51. E-TOOL (MILITARY SHOVEL)

52. 1 PAIR CAMOUFLAGE LIGHTWEIGHT GLOVES

53. 1 HELMET BRACKET FOR NIGHT VISION

54. 1 SET OF BLACK ARM SLEEVES

**B.  Items Seized from 6701 Golden Ring Rd., Rosedale, Maryland on July 19, 2019**

1. FIREARM: RIFLE, MNF:  RUGER, TYPE: RIFLE, MODEL:  MINI 30 RANCH RIFLE, CAL: 762, SN: 581-65669

2. FIREARM: HANDGUN, MNF:  SMITH & WESSON, TYPE: REVOLVER, MODEL: 66, CAL: 357, SN: CEL1168

3. FIREARM: HANDGUN, MNF:  FOREHAND & WADSWORTH, TYPE: REVOLVER, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: 9335

4. FIREARM: RIFLE, MNF:  RUGER, TYPE: RIFLE, MODEL:  PRECISION RIFLE, CAL: 308, SN: 1802-20007

5. FIREARM: HANDGUN, MNF:  DAREINGARMS, LLC, TYPE: PISTOL, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: 053206

6. FIREARM: RIFLE, MNF:  CHINESE, TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: 1300638

7. FIREARM: HANDGUN, MNF:  GLOCK INC., TYPE: PISTOL, MODEL:  43, CAL: 9, SN: BEEY731

8. FIREARM PARTS AND ACCESSORIES, 4 MAGAZINES AND ORIGINAL TRIGGER TO ITEM #49

9. FIREARM: RIFLE, MNF:  SAVAGE ARMS INC. (CD), TYPE: RIFLE, MODEL: 64, CAL: 22, SN: 1441779

10. SILENCER: NONE, 9MM GEMTECH S/N: S16-103678

11. FIREARM: OTHER FIREARM, MNF:  UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE

12. FIREARM PARTS AND ACCESSORIES, 80% JIG PARTS

13. FIREARM PARTS AND ACCESSORIES, RANDOM GUN PARTS

14. FIREARM PARTS AND ACCESSORIES, AR PARTS

15. FIREARM PARTS AND ACCESSORIES, RANDOM GUN PARTS

16. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE

17. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE

18. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE

19. FIREARM PARTS AND ACCESSORIES, FIREARMS PARTS

20. FIREARM PARTS AND ACCESSORIES, AR 80% LOWER JIG

21. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE

22. FIREARM PARTS AND ACCESSORIES, VARIOUS AK PARTS AND ACCESSORIES

23. FIREARM PARTS AND ACCESSORIES, VARIOUS FIREARM MAGAZINES

24. FIREARM PARTS AND ACCESSORIES, 6 UNMILLED 80% RECEIVERS

25. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE

26. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE

27. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE

28. IED COMPONENTS

29. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE

30. TOOLS TO MANUFACTURE BLACK POWDER

31. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE

32. FIREARM PARTS AND ACCESSORIES, JIG AK ONE MILLIMETER PUNCH

33. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE

34. 6 BINARY RIFLE TARGETS AND BRAND MIXING CONTAINER

35. FIREARM PARTS AND ACCESSORIES, "GAT CRANK"

36. FIREARM PARTS AND ACCESSORIES, .50 CAL RIFLE ROD

37. FIREARM PARTS AND ACCESSORIES, 10 RIFLE SCOPES

38. FIREARM: OTHER FIREARM, MNF:  UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE

39. AMMUNITION,  QTY:  103, MNF: OTHER, CAL: 9

40. AMMUNITION,  QTY:  36, MNF: OTHER, CAL: 762

41. AMMUNITION,  QTY:  60, MNF: OTHER, CAL: 300

42. AMMUNITION,  QTY:  50, MNF: OTHER, CAL: 308

43. FIREARM: OTHER FIREARM, MNF:  UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE

44. AMMUNITION,  QTY:  10, MNF: OTHER, CAL: 40

45. AMMUNITION,  QTY:  24, MNF: OTHER, CAL: 12

46. AMMUNITION COMPONENTS,  QTY:  25, MNF: OTHER, CAL: ZZ

47. AMMUNITION COMPONENTS,  QTY:  500, MNF: OTHER, CAL: 45

48. AMMUNITION COMPONENTS,  QTY:  220, MNF: OTHER, CAL: MULTI

49. AMMUNITION COMPONENTS,  QTY:  180, MNF: OTHER, CAL: 556

50. AMMUNITION COMPONENTS,  QTY:  50, MNF: OTHER, CAL: MULTI

51. AMMUNITION COMPONENTS,  QTY:  592, MNF: OTHER, CAL: 45

52. AMMUNITION COMPONENTS,  QTY:  462, MNF: OTHER, CAL: 9

53. AMMUNITION,  QTY:  287, MNF: OTHER, CAL: 38

54. AMMUNITION COMPONENTS,  QTY:  1120, MNF: OTHER, CAL: 50

55. 8LB SMOKELESS POWDER, 2 BAGS OF SMOKELESS POWDER, 2 BAGS OF HOPPER SMOKELESS POWDER, 2 CONTAINERS SMOKELESS POWDER, 10 SMOKELESS POWDER CONTAINERS, PISTOL POWDER FROM RELOADING EQUIPMENT, AND OTHER RELATED ITEMS

56. AMMUNITION, QTY: 900, MNF: OTHER, CAL: MULTI
57. AMMUNITION COMPONENTS, QTY: 1020, MNF: OTHER, CAL: MULTI
58. AMMUNITION COMPONENTS, QTY: 2280, MNF: OTHER, CAL: 338
59. AMMUNITION, QTY: 30, MNF: OTHER, CAL: 223
60. FIREARM: RIFLE, MNF: REMINGTON ARMS COMPANY, INC., TYPE: RIFLE, MODEL: 700, CAL: 300, SN: RR92045B
61. AMMUNITION, QTY: 410, MNF: OTHER, CAL: MULTI
62. AMMUNITION COMPONENTS, QTY: 1370, MNF: OTHER, CAL: 50
63. AMMUNITION, QTY: 1740, MNF: OTHER, CAL: 50
64. AMMUNITION COMPONENTS, QTY: 160, MNF: OTHER, CAL: 12
65. AMMUNITION, QTY: 1000, MNF: OTHER, CAL: 50
66. AMMUNITION, QTY: 1000, MNF: OTHER, CAL: 50
67. AMMUNITION, QTY: 1000, MNF: OTHER, CAL: 50
68. AMMUNITION, QTY: 1000, MNF: OTHER, CAL: 50
69. AMMUNITION, QTY: 1000, MNF: OTHER, CAL: 50
70. AMMUNITION COMPONENTS, QTY: 50, MNF: OTHER, CAL: 338
71. FIREARM PARTS AND ACCESSORIES, (2) BAGS OF FIREARM BARREL CLEANER BRUSHES
72. AMMUNITION COMPONENTS, QTY: 100, MNF: OTHER, CAL: ZZ
73. FIREARM: RIFLE, MNF: NOREEN FIREARMS LLC, TYPE: RIFLE, MODEL: BAD NEWS ULR, CAL: 50 BMG, SN: U1480
74. OTHER: FIREARM PARTS AND ACCESSORIES, 1 UNMILLED LOWER RECEIVER
75. AMMUNITION - ASSORTED, QTY: 4, MNF: ASSORTED, CAL: 50
76. CHEMICALS: OTHER, 1- CONTAINER OF "STUMP REMOVER"
78. FIREARM: OTHER FIREARM, MNF: UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE
79. FIREARM: OTHER FIREARM, MNF: UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE
80. RELOADING PRESS AND EQUIPMENT (12 ITEMS IN 5 BOXES)

C. **Items Seized from 2569 Copper Cliff Trail, Woodbury, Minnesota on July 19, 2019**

1. AMMUNITION - ASSORTED,  QTY:  8, MNF: ASSORTED, CAL: MULTI
2. AMMUNITION,  QTY:  51, MNF: ASSORTED, CAL: MULTI

D. **Items Seized from Container No. GESU456254 on August 1, 2019**

1. FIREARM: RIFLE, MNF:  REMINGTON ARMS COMPANY, INC., TYPE: RIFLE, MODEL:  700, CAL: 300, SN: NONE, OBLITERATED: YES
2. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: NONE, OBLITERATED: YES
3. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: NONE, OBLITERATED: YES
4. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: NONE, OBLITERATED: YES
5. FIREARM: SHOTGUN, MNF:  REMINGTON ARMS COMPANY, INC., TYPE: SHOTGUN, MODEL:  870, CAL: 12, SN: NONE, OBLITERATED: YES
6. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: NONE, OBLITERATED: YES
7. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: NONE, OBLITERATED: YES
8. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: NONE, OBLITERATED: YES
9. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE
10. FIREARM: RIFLE, MNF:  NORINCO (NORTH CHINA INDUSTRIES), TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: NONE, OBLITERATED: YES
11. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: NONE, OBLITERATED: YES
12. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: NONE
13. FIREARM: RIFLE, MNF:  RUGER, TYPE: RIFLE, MODEL:  PRECISION RIFLE, CAL: 308, SN: NONE
14. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: NONE, OBLITERATED: YES

15. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: NONE, OBLITERATED: YES

16. FIREARM: RIFLE, MNF:  DPMS INC.(DEFENSE PROCUREMENT MFG. SERVICES), TYPE: RIFLE, MODEL:  PANTHER LR-308, CAL: 308, SN: NONE

17. FIREARM: HANDGUN, MNF:  FEDERAL ARMAMENT, LLC (FEDARM), TYPE: PISTOL, MODEL:  FP-15, CAL: ZZ, SN: NONE, OBLITERATED: YES

18. FIREARM: RIFLE, MNF:  SPIKE'S TACTICAL LLC, TYPE: RIFLE, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE

19. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: NONE

20. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE

21. FIREARM: HANDGUN, MNF:  UNKNOWN MANUFACTURER, TYPE: PISTOL, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE

22. FIREARM: HANDGUN, MNF:  UNKNOWN MANUFACTURER, TYPE: PISTOL, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE

23. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE

24. FIREARM: RIFLE, MNF:  NOREEN FIREARMS LLC, TYPE: RIFLE, MODEL:  BAD NEWS ULR, CAL: 50 BMG, SN: U1508

25. FIREARM: RIFLE, MNF:  SAVAGE, TYPE: RIFLE, MODEL:  110BA, CAL: 338, SN: 102090MDT

26. FIREARM: RIFLE, MNF:  SAVAGE, TYPE: RIFLE, MODEL:  111LR HUNTER, CAL: 338, SN: NONE, OBLITERATED: YES

27. FIREARM: RIFLE, MNF:  SAVAGE, TYPE: RIFLE, MODEL:  110, CAL: ZZ, SN: NONE, OBLITERATED: YES

28. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: NONE, OBLITERATED: YES

29. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: NONE, OBLITERATED: YES

30. FIREARM: RIFLE, MNF:  NORINCO (NORTH CHINA INDUSTRIES), TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: 24087980P

31. FIREARM: RIFLE, MNF:  PALMETTO STATE ARMORY, TYPE: RIFLE, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE, OBLITERATED: YES

32. FIREARM PARTS AND ACCESSORIES, NIGHT SUPER SCOPE 3X78 PLUS CHARGING ACCESSORIES

34. FIREARM: RIFLE, MNF:  DPMS INC.(DEFENSE PROCUREMENT MFG. SERVICES), TYPE: RIFLE, MODEL:  PANTHER LR-308, CAL: 308, SN: 76837
35. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: NONE, OBLITERATED: YES
36. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: NONE, OBLITERATED: YES
37. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: NONE, OBLITERATED: YES
38. AMMUNITION,  QTY:  1000, MNF: OTHER, CAL: 762
39. AMMUNITION,  QTY:  1000, MNF: OTHER, CAL: 762
40. AMMUNITION,  QTY:  1000, MNF: OTHER, CAL: 762
41. AMMUNITION,  QTY:  1000, MNF: OTHER, CAL: 762
42. AMMUNITION,  QTY:  1000, MNF: OTHER, CAL: 762
43. AMMUNITION,  QTY:  1000, MNF: OTHER, CAL: 762
44. AMMUNITION,  QTY:  1000, MNF: OTHER, CAL: 762
45. AMMUNITION,  QTY:  1000, MNF: OTHER, CAL: 762
46. AMMUNITION,  QTY:  1000, MNF: OTHER, CAL: 762
47. AMMUNITION,  QTY:  1000, MNF: OTHER, CAL: 762
48. AMMUNITION,  QTY:  1000, MNF: OTHER, CAL: 762
49. AMMUNITION,  QTY:  1000, MNF: OTHER, CAL: 762
50. AMMUNITION,  QTY:  1000, MNF: OTHER, CAL: 762
51. AMMUNITION,  QTY:  1028, MNF: OTHER, CAL: 308
52. AMMUNITION,  QTY:  746, MNF: OTHER, CAL: 338
53. AMMUNITION,  QTY:  655, MNF: OTHER, CAL: 308
54. AMMUNITION,  QTY:  1383, MNF: OTHER, CAL: MULTI
56. AMMUNITION,  QTY:  1068, MNF: OTHER, CAL: 308
57. AMMUNITION,  QTY:  1153, MNF: OTHER, CAL: 762
58. AMMUNITION,  QTY:  432, MNF: OTHER, CAL: 308
59. AMMUNITION,  QTY:  1000, MNF: WOLF, CAL: 762
60. AMMUNITION,  QTY:  1000, MNF: WOLF, CAL: 762
61. AMMUNITION,  QTY:  1000, MNF: OTHER, CAL: 762

62. AMMUNITION, QTY: 517, MNF: OTHER, CAL: 338
63. AMMUNITION, QTY: 933, MNF: OTHER, CAL: 308
64. AMMUNITION, QTY: 758, MNF: OTHER, CAL: 308
65. AMMUNITION, QTY: 472, MNF: OTHER, CAL: 308
66. AMMUNITION, QTY: 1000, MNF: WOLF, CAL: 762
67. AMMUNITION, QTY: 1000, MNF: WOLF, CAL: 762
68. AMMUNITION, QTY: 1000, MNF: WOLF, CAL: 762
69. AMMUNITION, QTY: 614, MNF: OTHER, CAL: 308
70. AMMUNITION, QTY: 466, MNF: OTHER, CAL: 308
71. AMMUNITION, QTY: 1000, MNF: WOLF, CAL: 223
72. AMMUNITION, QTY: 626, MNF: OTHER, CAL: 762
73. AMMUNITION, QTY: 167, MNF: OTHER, CAL: 223
74. FIREARM PARTS AND ACCESSORIES, (21) PMAG .223 MAGAZINES
75. FIREARM PARTS AND ACCESSORIES, MISC FIREARMS PARTS AND ACCESSORIES TO INCLUDE SCOPES, MAGAZINES AND AMMO STRIPS
76. 2 PAIRS OF BELLVILLE DESERT COLORED GORTEX MILITARY BOOTS STYLE 790