IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. RDB-21-0194 |
| | : | |
| ALAMBI WALTERS MUMA, | : | UNDER SEAL |
| | : | |
| Defendant. | : | |

...oOo...

## GOVERNMENT'S MOTION TO SEAL

The United States of America, by its undersigned attorneys, moves this Court for the entry of an Order sealing the Government's Response to Defendant's Sentencing Letter, and states as follows.

The government's response includes discussion and detailed references to the defendant's cooperation with the government. Because that information is scattered throughout the response, it is not practical to file a redacted version of the response on the public docket.

WHEREFORE, for the foregoing reasons, the government respectfully requests this honorable Court enter an order sealing the Government's Response to Defendant's Sentencing Letter.

Respectfully Submitted,

Erek L. Barron
United States Attorney

_____
Kathleen O. Gavin
Assistant United States Attorney

36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4800

*Filed via ECF*